IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

UNITED STATES OF AMERICA      )
                              )
   v.                         )   CRIMINAL ACTION NO.
                              )      3:08cr28-MHT
TYRONE NUNN                    )          (WO)

OPINION AND ORDER

This cause is before the court on defendant Tyrone
Nunn's unopposed motion to continue.  For the reasons set
forth below, the court finds that jury selection and
trial, now set for December 15, 2008, should be continued
pursuant to 18 U.S.C. § 3161(h)(8).

While the granting of a continuance is left to the
sound discretion of the trial judge, United States v.
Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court
is limited by the requirements of the Speedy Trial Act,
18 U.S.C. § 3161.  The Act provides in part:

> "In any case in which a plea of not
> guilty is entered, the trial of a
> defendant charged in an information or
> indictment with the commission of an
> offense shall commence within seventy
> days from the filing date (and making

> public) of the information or
> indictment, or from the date the
> defendant has appeared before a judicial
> officer of the court in which such
> charge is pending, whichever date last
> occurs."

Id. § 3161(c)(1).  The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."  Id. § 3161(h)(8)(A).  In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would deny counsel for the defendant ... reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  Id. § 3161(h)(8)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Nunn in a speedy trial.  A superseding indictment was filed on October 1, 2008, which added a defendant, a conspiracy charge, and a new count for possession of a controlled substance; Nunn now

faces significantly increased penalties.  In addition,
Nunn's previous counsel was terminated pursuant to Nunn's
pro se motion filed on October 28.   New counsel was
appointed on October 31; she now requests additional time
to prepare for trial.  Because the superseding indictment
significantly changed Nunn's case, and because new
counsel was assigned less than a month ago, the court
concludes that Nunn's attorney does need additional time
for effective preparation and the continuance motion
should be granted.

Accordingly, it is ORDERED as follows:

(1) Defendant Tyrone Nunn's unopposed motion for
continuance (doc. no. 56) is granted.

(2) The jury selection and trial, now set for
December 15, 2008, are reset for February 23, 2009, at
10:00 a.m., at the federal courthouse in Opelika,
Alabama.

DONE, this the 26th day of November, 2008.

    /s/ Myron H. Thompson    
    UNITED STATES DISTRICT JUDGE