IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL ACTION NO.
                              )       3:08cr28-MHT
TYRONE NUNN                    )
```

ORDER

After an independent and de novo review of the file, it is ORDERED as follows:

(1) The magistrate judge's recommendation (Doc. No. 98), to which no objection has been filed, is adopted.

(2) Defendant Tyrone Nunn's oral motion to withdraw, made in open court on May 5, 2009, is granted.

(3) Defendant Nunn's motion to withdraw guilty plea (Doc. No. 90) is withdrawn.

(4) Defendant Nunn's motion to dismiss indictment (Doc. No. 91) is withdrawn.

(5) As a result, defendant Nunn's guilty plea

continues in full force and effect.

DONE, this the 24th day of June 2009.


　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　UNITED STATES DISTRICT JUDGE