IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE NUNN | ) | |
| | ) | |
| | ) | Criminal Action No. |
| v. | ) | 3:08cr28-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA. | ) | |

**ORDER ON MOTION**

Pending before the court (Doc. No. 154) is the motion to proceed without prepayment of fees filed by the petitioner in conjunction with his motion for a writ of *audita querela*. There is no filing fee required for the petitioner's motion for a writ of *audita querela*. Accordingly, upon consideration of the motion to proceed without prepayment of fees, it is

ORDERED that this motion (Doc. No. 154) be and is hereby DENIED as moot.

Done this 15th day of July, 2010.

        /s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE