IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )      3:08cr28-MHT
TYRONE NUNN, SR.            )

OPINION

This criminal case is now before the court on the recommendation of the United States Magistrate Judge that defendant Tyrone Nunn, Sr.'s motion for a writ of "audita querela" be denied.  Also before the court are Nunn's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that Nunn's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of August, 2010.


            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE