IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:08cr28-MHT |
| TYRONE NUNN, SR. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Tyrone Nunn, Sr.'s objections (Doc. Nos. 160 &162) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 159) is adopted.

(3) Defendant Nunn's motion for a writ of "audita querela" (Doc. No. 155) is denied.

DONE, this the 11th day of August, 2010.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE