IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:08cr28-MHT |
| | ) | (WO) |
| **TYRONE NUNN, SR.** | ) | |

ORDER

It is ORDERED that defendant Tyrone Nunn, Sr.'s motion to dismiss (doc. no. 239) is denied.

***

Defendant Tyrone Nunn, Sr.'s motion repeats an argument already rejected by the court when it denied his previous motion for sua sponte dismissal (doc. no. 226) and his previous motions to dismiss nunc pro tunc (doc. nos. 232 & 236). See Orders (doc. nos. 229 & 237). Moreover, Nunn fails to state any viable basis for "dismissing" his closed criminal case or for

questioning whether the court properly exercised jurisdiction in that case.

DONE, this the 22nd day of January, 2015.

                                         /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**