IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:08cr28-MHT |
| | ) | (WO) |
| TYRONE NUNN, SR. | ) | |

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses.  Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.  Upon consideration of the recommendation of the Retroactivity Screening Panel entered January 14, 2016, and after an independent and de novo review of the record, it is ORDERED as follows:

(1) Defendant Tyrone Nunn, Sr.'s motions for

sentence reduction (doc. nos. 231, 242 & 244) are granted as follows.

(2) Pursuant to 18 U.S.C. § 3582(c)(2), defendant Nunn's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 150 months is reduced to 125 months.

DONE, this the 14th day of January, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**