IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:08cr28-MHT |
| | ) | (WO) |
| TYRONE NUNN, SR. | ) | |

ORDER

This case is before the court on defendant Tyrone Nunn, Sr.'s self-styled petition for writ of habeas corpus under 28 U.S.C. § 2241 (doc. no. 249) and Nunn's motion to amend his petition "by adding a physical address of defendant Nix[]" (doc. no. 250). Nunn fails to state any viable basis for discharging him from custody or for questioning whether the court properly exercised jurisdiction in his closed criminal case.

Accordingly, it is ORDERED that defendant Tyrone Nunn, Sr.'s petition for habeas corpus (doc. no. 249) and motion to amend (doc. no. 250) are denied.

DONE, this the 16th day of November, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE