IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:08cr28-MHT |
| | ) | (WO) |
| TYRONE NUNN | ) | |

ORDER

Now before the court is the United States Probation Department's petition for early termination of defendant Tyrone Nunn's supervised release (Doc. 256). The Department represents that Nunn "has completed over 60 months of his 120-month term of supervised release," "remains complaint with all conditions of supervised release to date," and "has demonstrated a pattern of stability in his personal life and supervision." Probation's Pet. for Early Termination of Supervised Release (Doc. 256). Also the government has orally informed the court that it does not oppose the petition.

Accordingly, it is ORDERED that the petition for early termination of supervised release (Doc. 256) is

granted; that defendant Tyrone Nunn's supervised release is terminated; and that defendant Nunn is discharged.

DONE, this the 10th day of December, 2021.

                                       /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**